IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NACRESHA NICHOLE HAYMOND, <br> *Plaintiff*, | § <br> § <br> § | |
| v. | § <br> § <br> § | Civil Action No. 4:22-cv-73 |
| UNIVERSITY OF TEXAS MEDICAL BRANCH-CMC; BRISTY DELAO, NURSE MANAGER; REBECCA MALLETT, PRACTICE MANAGER; MARGIE MCALPIN, HR; and KIMBERLY TILLERY, LVN; <br> *Defendants* | § <br> § <br> § <br> § <br> § <br> § | |

## DEFENDANTS THE UNIVERSITY OF TEXAS MEDICAL BRANCH – CORRECTIONAL MANAGED CARE AND KIMBERLY TILLERY'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants The University of Texas Medical Branch – Correctional Managed Care ("UTMB CMC") and Kimberly Tillery (collectively "Removing Defendants"), who file this Notice of Removal, and would respectfully show the Court as follows:

1. **Grounds for Removal.** This removal is pursuant to 28 U.S.C. § 1441(a) based on federal question jurisdiction. Plaintiff Nacresha Nichole Haymond ("Plaintiff") brings actions that arise under the laws of the United States. *Compare* 28 U.S.C. § 1331, *with* Complaint for Employment Discrimination, p.3. More specifically, Plaintiff brings claims under Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17, and the Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117. Because claims arising under the laws of the United States are asserted, this Court has federal question jurisdiction and removal is proper. *See* 28 U.S.C. § 1331; *Id.* § 1441(a).

2.      **State Proceeding.** On December 7, 2021, this action was filed in the 190th Judicial District Court, Harris County, Texas.

3.      **Service dates for Removing Defendants.** Kimberly Tillery was served with process on December 13, 2021. UTMB-CMC was served on December 14, 2021. As of the date of this filing, January 7, 2022, no other defendant has been served.

4.      **Rule of Unanimity Satisfied.** As every defendant who has been properly joined and served has joined in this removal, the rule of unanimity is satisfied. *See* 28 U.S.C. § 1446(b)(2)(A); *Tilley v. Tisdale*, 914 F. Supp.2d 846, 849 (E.D. Tex. 2012) (noting that "a defendant who has not been properly served need not consent to removal").

5.      **Timeliness.** Having filed this notice of removal within thirty (30) days of service on Removing Defendants, this removal is timely. *See* 28 U.S.C. § 1446(b)(2)(B).

6.      **Venue.** As the removed state court action was filed in Harris County, venue upon removal is proper in the United States District Court for the Southern District of Texas, Houston Division. *See* 28 U.S.C. § 1441(a).

7.      **Attachments.** In compliance with this Court's Local Rules, attached to this notice are the following documents: "1. All executed process in the case;" "2. Pleadings asserting causes of action," which in this case consists solely of Plaintiff's Original Petition, and "all answers to such pleadings;" "3. All orders signed by the state judge," which in this case is inapplicable because there are none; "4. The docket sheet;" "5. An index of matters being filed;" and "6. A list of all counsel of record, including addresses, telephone numbers and parties represented." U.S. District Court for Southern District of Texas, LR 81.

7.    **Notice.** Removing Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending. *See* 28 U.S.C. § 1446(d).

PRAYER

Accordingly, Removing Defendants pray that this cause be removed to the United States District Court for the Southern District of Texas, Houston Division, pursuant to Section 1441 of Title 28 of the United States Code.

Date:   January 07, 2022

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/ *Benjamin L. Dower*
BENJAMIN L. DOWER
Texas Bar No. 24082931
Southern District ID 1742612
Deputy Chief, General Litigation Division
benjamin.dower@oag.texas.gov

FARHA RIZVI
Texas Bar No. 24122999
Assistant Attorney General
farha.rizvi@oag.texas.gov
*Application for Admission Pro Hac Vice Forthcoming*

Office of the Attorney General
General Litigation Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120; Fax (512) 320-0667

**COUNSEL FOR REMOVING DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served via the Court's ECF system to:

Nacresha Haymond
13535 Windhaven St.
Houston, TX 77049
mznhaymond@gmail.com

**PLAINTIFF PRO SE**

*/s/ Benjamin L. Dower*
BENJAMIN L. DOWER
Assistant Attorney General

4