United States District Court
Southern District of Texas
**ENTERED**
July 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NACRESHA NICHOLE HAYMOND, § § Plaintiff. § § VS. § UNIVERSITY OF TEXAS MEDICAL § BRANCH-CMC, § § Defendant. § | CIVIL ACTION NO. 4:22-cv-00073 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 4, 2024, Defendant's Motion for Summary Judgment (Dkt. 32) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 38. Judge Edison filed a Memorandum and Recommendation on June 25, 2024, recommending the motion be **GRANTED**. Dkt. 44.

On July 8, 2024, Plaintiff filed her Objections. Dkt. 47. On July 9, 2024, Defendant filed its Objections. Dkt. 46. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has considered the Objections, the Memorandum and Recommendation, the pleadings, and the record. The Court **ACCEPTS** Judge Edison's Memorandum and

Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 44) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion for Summary Judgment (Dkt. 32) is **GRANTED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on July 15, 2024.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE